1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17

| | |
|---|---|
| JERRY MORFIN, | Case No. 22-cv-0336-BAS-DDL |
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE (ECF No. 15)** |
| v. | |
| O'REILLY AUTO ENTERPRISES, LLC., *et al.*, | |
| Defendants. | |

18    On April 6, 2022, the parties jointly moved pursuant to Federal Rule of Civil

19   Procedure ("Rule") 41(a)(1)(A)(ii) to dismiss Defendants O'Reilly Automotive Stores, Inc.

20   and O'Reilly Automotive, Inc. from this employment action.  (First Joint Mot., ECF No.

21   3.)  The Court granted that request on April 7, 2022.  (Order, ECF No. 4.)  After this

22   dismissal, O'Reilly Automotive Enterprise LLC, Inc. was the lone remaining Defendant in

23   this action.

24    Now before the Court is the parties' second Joint Motion pursuant to Rule

25   41(a)(1)(A)(ii), this time to dismiss with prejudice the action in its entirety.  (Second Joint

26   Mot., ECF No. 15.)  Under Rule 41(a)(1)(A), a plaintiff has an absolute right to voluntarily

27   dismiss its action by (1) filing a notice of voluntary dismissal before a defendant has filed

28   an answer or moved for summary judgment, *or* (2) filing a stipulation of dismissal signed

by all parties who have appeared.  Fed. R. Civ. P. 41(a)(1)(A); *see also Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).  Dismissal is effective upon the filing of a compliant notice or stipulation, as described in Rule 41(a)(1)(A), and no court order is required.  *Stone v. Woodford*, No. CIV-F-05-845 AWI-DLB, 2007 WL 527766 (E.D. Cal. Feb. 16, 2007).  A dismissal is without prejudice unless the parties stipulate otherwise.  Fed. R. Civ. P. 41(a)(1)(B).  However, the local civil rules of this district require that where, as here, litigants seek voluntary dismissal by filing a signed stipulation pursuant to Rule 41(a)(1)(A)(ii), such a stipulation must be filed as a joint motion.[1]

Having considered the parties' request, the Court **GRANTS** the Joint Motion before it.  (ECF No. 15.)  Thus, the Court **DISMISSES WITH PREJUDICE** the action with each party to bear their own respective attorneys' fees and costs of suit.  The Court further **DIRECTS** the Clerk of Court to close the case.

**IT IS SO ORDERED.**

**DATED: April 21, 2023**

Hon. Cynthia Bashant
United States District Judge

---

[1] *See* Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.